UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

NO. 2:10-CR-27-1D

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MORRIS CORNELIUS KEE | **ORDER TO SEAL** |

On motion of the Defendant, Morris Cornelius Kee, and for good cause shown, it is hereby ORDERED that [DE 24] be sealed until otherwise ordered by the Court, except that copies may be provided to the United States Attorney's Office and Counsel for the above-named Defendant.

IT IS SO ORDERED.

This **25** day of May, 2011.

JAMES C. DEVER, III
United States District Judge