IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

NO. 2:10-CR-27-1D

UNITED STATES OF AMERICA )
)
v. )                    ORDER TO SEAL
)
MORRIS KEE, )
)
Defendant. )

Upon motion of the United States, it is hereby ORDERED Docket Entry Number 54 be sealed

until such time as requested to be unsealed by the United States Attorney.

It is FURTHER ORDERED that the Clerk provide a signed copy of the Order to the United States

Attorney's Office.

SO ORDERED. This 19 day of November 2017.

JAMES C. DEVER III
Chief United States District Judge